UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61127-CIV-DIMITROULEAS

WICKED, LLC, an Ohio limited liability
company,

    Plaintiff,
v.

YACHT MANAGEMENT SOUTH FLORIDA, INC.,
a Florida corporation

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE is before the Court on Plaintiff's Motion to Transfer to State Court ("Motion to Remand") [DE 11], Defendant's Motion to Amend Notice of Removal ("Motion to Amend") [DE 12] and the November 3, 2022 Report and Recommendation of Magistrate Judge Patrick M. Hunt (the "Report") [DE 19].

The Report recommends that the Court grant Plaintiff's Motion to Remand and remand the action to state court. *See* [DE 19]. The Report also recommends that the Court deny Defendant's Motion to Amend. *See id.* On November 16, 2022, Defendant filed a notice of non-objection to the Report. *See* [DE 20].

Although Defendant has indicated its non-objection to the Report, the Court has conducted a *de novo* review of the Report [DE 19] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions that the Motion to Remand should be granted and the Motion to Amend should be denied.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 19] is hereby **ADOPTED** and **APPROVED**.

2. Plaintiff's Motion to Remand [DE 11] is **GRANTED**.

3. Defendant's Motion to Amend [DE 12] is **DENIED**.

4. The Clerk is directed to **REMAND** this case to state court, **CLOSE** this case, and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 17th day of November, 2022.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record